1088

No. 93-8291. WILSON v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 93-8293. DAVILLA v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93-8294. DIRECTO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93-8298. SHOOP v. DAUPHIN COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 93-8301. HORTON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 93-8302. ARAUJO JUAREZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93-8304. JOHNSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93-8313. ATTWOOD v. CHILES, GOVERNOR OF FLORIDA, ET AL. (three cases). C. A. 11th Cir. Certiorari denied.

No. 93-8315. RUCHTI v. HEDLEY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93-8317. ROGERS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93-8318. MCDONOUGH v. ANGELONE, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93-8321. MOODY v. RIVERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 93-8322. ROSS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93-8326. SMITH v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93-8327. GEAR v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.